ON MOTION TO CERTIFY QUESTION
 

 LAWSON, J.
 

 Following the issuance of our opinion in this case, the appellant, Christopher J. Karling, moved for certification of a question of great public importance. We grant the motion and certify the following question in accordance with rule 9.030(a)(2)(A)(v) of the Florida Rules of Appellate Procedure, as one of great public importance:
 

 DOES THE GRAVES AMENDMENT, 49 U.S.C. § 30106, PREEMPT SECTION 324.021(9)(B)(2), FLORIDA STATUTES (2007)?
 

 This is the same question recently certified by the Second District in
 
 West v. Enterprise Leasing Co.,
 
 997 So.2d 1196 (Fla. 2d DCA 2008), and by the Fourth District in
 
 Tocha v. Richardson,
 
 995 So.2d 1100 (Fla. 4th DCA 2008) and
 
 Vargas v. Enterprise Leasing Co.,
 
 993 So.2d 614 (Fla. 4th DCA 2008).
 

 QUESTION CERTIFIED.
 

 ORFINGER and MONACO, JJ., concur.